UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION
Case Number 3:14-cv-00929 NJR-PMF

CHARLES WADDELL                                                      PLAINTIFF

v.

**COMPLAINT**

UNITED STATES                                                         DEFENDANT

serve:   Hon. Eric H. Holder, Jr.
         U.S. Attorney General
         U.S. Department of Justice
         905 Pennsylvania Ave., NW
         Washington, DC 20530-0001

serve:   Civil Process Clerk
         U.S. Attorney's Office
         501 Broadway, Room 29
         Paducah, KY 42001

serve:   Hon. Sloan D. Gibson
         Secretary of Veterans Affairs
         810 Vermont Avenue NW
         Washington, DC 20420

Serve:   Dr. Weiyi Tang
         2401 W. Main St.
         Marion, IL 62959

Comes the Plaintiff, Charles Waddell, by and through counsel, in accordance with the Federal Tort Claims Act, section 1346(b) and 2671-2680, title 28, United States Code, and for his cause of action against the Defendant, the United States, files this Complaint and states as follows:

1

## COUNT I

1. At all times herein mentioned Plaintiff was an actual and continuous resident of the Commonwealth of Kentucky and that the acts and events complained of herein occurred within Williamson County, Illinois.

2. At all times herein mentioned Dr. Weiyi Tang was an employee for Veterans Affairs (VA), an agency for the defendant, and was acting within the scope of his office or employment at the time of the incident out of which this claim arises. As a result, the United States is liable for the acts of Dr. Tang under the principles of agency.

3. On or about September 23, 2007, Mr. Waddell reported to the VA Hospital of Marion, Illinois, due to changes in his mental status.

4. Prior to his admittance to the VA Hospital, a medicine by the name of Ziconotide was placed in a pain pump Mr. Waddell had in his lower back. The medicine was administered by Dr. Riley Love, a private physician not associated with the VA. Shortly after the Ziconotide was placed in his pain pump, Mr. Waddell began to deteriorate, which led him to being treated at the VA Hospital.

5. Mr. Waddell's condition continued to get worse after approximately two (2) weeks of hospitalization at the VA Hospital. Mr. Waddell was transferred to St. Louis University, where he was quickly diagnosed as having encephalopathy secondary to ziconotide toxicity. The Ziconotide was then removed from his pain pump resulting in immediate improvement in Mr. Waddell's health.

6. Dr. Weiyi Tang at the VA Hospital in Marion, IL deviated from the standard of care by (a) failing to take an adequate history and physical, (b) failing to recognize the signs and symptoms of ziconotide toxicity, and (c) continuing to administer ziconotide via inthrathecal

pump. These deviations in the standard of care caused Mr. Waddell to develop an infection by the name of encephalopathy, a disease of the brain.

7.  This illness went undiagnosed and untreated by the medical providers at the VA. This treatment fell below the standard of care, which directly resulted in Mr. Waddell's infection.

8.  All administrative remedies have been previously exhausted and this claim is now ripe for litigation. A claim was filed with the VA on May 22, 2009. It was denied by letter dated February 8, 2012. A Request for Reconsideration was received by the VA on August 1, 2012. The VA again denied the claim by letter dated March 21, 2014. This Complaint is filed within six (6) months of this final denial.

9.  As a result of the aforementioned negligence of the United States, and the personal injury to the plaintiff, Mr. Waddell has been forced to incur medical bills and will continue to incur them he has lost earning capacity, suffered pain and suffering and will continue to in the future and he has otherwise been damaged thereby.

10. Please see attached an Affidavit as required by 735 ILCS 5/2-622 along with a written report drafted by Dr. Jeff Roth, FACS as well as Dr. Roth's Curriculum Vitae.

11. By reason of the negligence of the United States, Charles Waddell has been damaged in the amount of One Million Dollars ($1,000,000.00).

WHEREFORE, the Plaintiff respectfully demands judgment against Defendant United States in the amount of One Million Dollars ($1,000,000.00); a bench trial; his costs incurred herein; and any and all other relief to which he may appear entitled.

RESPECTFULLY SUBMITTED,

/s/Mark Edwards
MARK EDWARDS
EDWARDS & KAUTZ, PLLC
222 Walter Jetton Blvd.
P. O. Box 1837
Paducah, KY  42002
270-442-9000 Phone
270-443-4304 Fax
carwreck@ccol.net

ATTORNEYS FOR PLAINTIFF

Home (727) 781- 3322
3360 Meadow View Lane
Palm Harbor, Florida 34683
Cell (727) 492-7932
E Mail: JeffRothPH@aol.com

# Jeff Roth, M.D. FHM * Curriculum Vitae

**Hospital Medicine**

- **11/01/2012-Present:** Hospitalist, Morton Plant Hospital, In Compass Hospitalist Co.

- **04/16/2012-10/31/2012:** Regional Medical Director-Florida, Coge HMG hospitalist Co.

- **12/31/2012-03/31/2012:** Hospitalist, St. Petersburg General Hospit , EmCare Inpatient Services.

- **11/22/2010-12/31/2011:** Medical director, HCAPS hospitalist programs at Northside and St. Petersburg General Hospitals. Responsibilities include but are not limited to: completion of program recruitment, program start up, orientation of new physicians, 1-2 days per week of patient care, scheduling, interactions with hospital administration and HCAPS senior leadership, program marketing, program operations, quality assurance, program operational meetings, physician mentoring, medical staff and community physician relations, graduate medical education including lectures with the house staff.

- **11/01/2008-01/31/2010:** Regional Medical Director, EmCare Inpatient Services. Responsibilities included but were not limited management of six Hospitalist programs and one Intensivist program. Responsibilities included program startup, recruitment, staffing levels, scheduling models, initial and subsequent relationships with hospital administration, leadership mentoring, new business development, quality monitoring and physician HR issues.

- **2009-2010:** Physician advisor to the case management dept. on utilization review at Morton Plant Northbay hospital.

- **2005-01/31/2010:** Medical director, Morton Plant North Bay Hospitalist program. This was a 5 physician group, responsibilities included 10-15 days of clinical care, group operation, relations with the medical staff, staffing and scheduling, clinical quality, physician mentoring, monthly group and operational meetings.

- **2002-01/31/2010**: Hospitalist physician Morton Plant Northbay Hospitalist program.
- **2003-2005**: Associate Medical director, Morton Plant Northbay Hospitalist program.

**Prior Experience**

- **2001-2002**: Ambulatory medicine (This was a temporary position taken during a family illness).
- **1999-2001:** Hospitalist at Bay Pines VA medical center, Bay Pines, Fl.
- **1991-1999:** Private practice, Shelton WA.
  –I served on various medical staff committees at Mason General Hospital including a term as Chief of staff. This was a new solo practice which grew to 3 physicians.
- **1990-1991**: Hospitalist, Cedars Medical Center: Miami, Fl. This was a Humana contracted service.
- **1989-1991:** Internal Medicine private practice: Miami, Fl.

**Education and Training**

- **1986-1989**: Residency and Internship in Internal Medicine at University of Miami-Jackson Memorial Hospital.
- **1982-1986**: Medical Doctor- The Chicago Medical School, North Chicago, IL.
- **1978-1982**: Undergraduate studies in Biochemistry Major- California State University at Fullerton, CA. Medical school was started prior to graduation.
- **Board Certified** -American Board of Internal Medicine 1989
- **Fellow of The Society of Hospital Medicine-** 2010
- **Medical License**: Florida
- **Member-** The Society of Hospital Medicine 2005-Present.