IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES WADDELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 14-CV-929 -NJR-PMF |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that by Order dated April 3, 2015, which granted Defendant United States of America's Motion to Dismiss (Doc. 5), Plaintiff's claims against Defendant United States of America are **DISMISSED with prejudice**. Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety**.

DATED:  April 3, 2015

JUSTINE FLANAGAN, Acting Clerk

By:   s/ Deana Brinkley
      **Deputy Clerk**

APPROVED: s/ Nancy J. Rosenstengel
          **NANCY J. ROSENSTENGEL**
          **United States District Judge**